UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2024
```

MICHAEL HARRIOT,

                Petitioner,

-against-

J.L. JAMISON, WARDEN,

                Respondent.

24 Civ. 208 (AT)

**ORDER TO ANSWER**

ANALISA TORRES, United States District Judge:

    The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

    Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

    The Clerk of Court is directed to mail a copy of this order to Petitioner *pro se*.

SO ORDERED.

Dated: January 12, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge