UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL HARRIOT,

                Petitioner,                24 **CIVIL** 0208 (AT)(JLC)

    -against-                    **JUDGMENT**

WARDEN J. L. JAMISON,
                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 4, 2025, Harriot's objections are SUSTAINED IN PART and OVERRULED IN PART, and the Petition is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

     February 5, 2025

                                       **TAMMI M. HELLWIG**
                                        **Clerk of Court**

                    **BY:** _____
                                        **Deputy Clerk**